THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BILLY FRANKLIN CHISM, Defendant-Appellant.

(No. 73-182;

Second District—October 22, 1974.

Opinion by Mr. PRESIDING JUSTICE THOMAS J. MORAN.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz, of Model District State's Attorneys Office, of counsel), for the People.